UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**IRENE ALMENDAREZ,**

    Plaintiff,

    v.                                                                         Case No. 22-CV-1256-SCD

**COMMISSIONER OF THE**
**SOCIAL SECURITY ADMINISTRATION,**

    Defendant.

## ORDER

Irene Almendarez filed this action without the assistance of counsel on October 24, 2022, seeking judicial review of the final decision of the Commissioner of the Social Security Administration pursuant to 42 U.S.C § 405(g). *See* ECF No. 1. The matter was reassigned to me in November 2022 after all parties consented to magistrate-judge jurisdiction under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73(b). *See* ECF Nos. 4, 5, 6. That same day, the clerk of court issued a briefing schedule requiring Almendarez to file a brief in support of her claim by February 13, 2023. *See* ECF No. 7. When Almendarez failed to file a brief by that date, I issued a revised briefing schedule, providing Almendarez one last opportunity to file a brief in support of her claim by May 1, 2023. *See* ECF No. 11. I also warned Almendarez that, if she failed to file a brief by May 1, then I would dismiss this action with prejudice and without further notice pursuant to Fed. R. Civ. P. 41(b) and E.D. Wis. Civ. L. R. 41(c). Almendarez still has not filed a brief in support of her claim.

Accordingly, the court **DISMISSES** this action pursuant to Fed. R. Civ. P. 41(b) and E.D. Wis. Civ. L. R. 41(c) for lack of diligence and failure to comply with court orders. The clerk of court shall enter judgment accordingly.

**SO ORDERED** this 22nd day of May, 2023.

_____
STEPHEN C. DRIES
United States Magistrate Judge